UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAYROLL FUNDING COMPANY, LLC. a Nevada limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>ATLANTIC CONSTRUCTION GROUP (ACG) LLC, etc., *et al*.,<br><br>      Defendant, | 2:11-cv-0943-KJD-RJJ<br><br><br>O R D E R |

    This matter was referred to the undersigned Magistrate Judge on a Motion to Withdraw as Counsel of Record For Defendants (#10).

    The Court having reviewed the Motion (#10) and good cause appearing therefore,

    IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record For Defendants (#10) is scheduled for March 14, 2012, at 11:30 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

    IT IS FURTHER ORDERED that a corporate representative for each of the named defendants currently represented by Grant Morris Dodds must appear in court for this hearing. **There is NO EXCEPTION to this requirement**. Failure to appear may result in an order to show cause being issued by the court.

    IT IS FURTHER ORDERED that counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order upon

1  each of the defendants it current represents. Proof of compliance with this service requirement
2  must be filed with the court prior to the scheduled hearing. **There is NO EXCEPTION to the**
3  **service requirement.**
4        IT IS FURTHER ORDERED that this hearing will be automatically vacated if defendants
5  obtain new counsel and an appropriate appearance is entered in the case.
6        DATED this __27$^h$__ day of February, 2012.

                                                  ROBERT J. JOHNSTON
                                                United States Magistrate Judge