# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAYROLL FUNDING COMPANY, LLC,

    Plaintiff,

v.

ATLANTIC CONSTRUCTION GROUP, LLC, *et al.*,

    Defendants.

Case No. 2:11-CV-00943-KJD-RJJ

**ORDER**

    Before the Court is Plaintiff Payroll Funding Company, LLC's Motion for Partial Summary Judgment (#9).  None of the Defendants has filed an opposition.

    Defendants' local counsel has submitted an affidavit indicating that the Motion for Partial Summary Judgment was forwarded to Defendants on or about January 27, 2012 and that all efforts to obtain a response from Defendants relating to the Motion have failed (#10).

    Local Rule 7-2(d) provides that the failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion.  Plaintiff's Motion appears to be supported by good cause.

    Accordingly, **IT IS HEREBY ORDERED THAT** Payroll Funding Company's Motion for Partial Summary Judgment (#9) is **GRANTED**.

    DATED this 28th day of February 2012.

_____
Kent J. Dawson
United States District Judge