1  ERVEN T. NELSON
   Nevada Bar No. 2332
2  BRADLEY S. SLIGHTING
   Nevada Bar No. 10225
3  DURHAM JONES & PINEGAR
   10785 West Twain Avenue, Suite 200
4  Las Vegas, NV 89135
   Telephone: (702) 870-6060
5  Facsimile: (702) 870-6090
   *Attorneys for Plaintiff,*
6  *Payroll Funding Company, LLC.*

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 PAYROLL FUNDING COMPANY LLC, a  )   Case No.: 2:11-cv-00943-KJD-RJJ
   Nevada limited liability company,             )
11                                                )
                        Plaintiff,                )
12 vs.                                            )
                                                  )
13 ATLANTIC CONSTRUCTION GROUP (ACG) )
   LLC, a Michigan limited liability company;    )
14 ASSURED SOURCE, INC., a Delaware              )
   corporation; ASSURED SOURCE ASO, LLC, a       )
15 Delaware limited liability company; ASSURED   )
   SOURCE PEO, LLC, a Delaware limited liability )
16 company; PBC GROUP LLC, a New York            )
   limited liability company; PHOENIX BUILDING  )
17 CORP., a New York corporation; JAMES A.       )
   D'IORIO, an Individual; THOMAS D'IORIO, an    )
18 Individual; THOMAS ATAMANOFF, an              )
   Individual; and DOES I through X and ROE      )
19 CORPORATIONS I through X, inclusive,          )
                                                  )
20                      Defendants.               )
                                                  )
21

22                              **JUDGMENT**

23     Plaintiff, PAYROLL FUNDING COMPANY, LLC ("Payroll Funding"), having filed its

24 Motion for Partial Summary Judgment (doc. #9) (the "Motion"), none of the Defendants having

25

                              Page 1 of 3
26 LV_79241.1

27

DURHAM
JONES &
PINEGAR
10785 W. Twain
Ave., Ste. 200
Las Vegas, NV
89135
(702) 870-6060

filed an opposition thereto, the Court having issued its Order (doc. #13) granting the Motion, Plaintiff having filed its Notice of Entry of Order (doc. #14), and good cause appearing,

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that Plaintiff Payroll Funding is entitled to be paid, and judgment shall be entered against Defendants, as follows:

1) $214,742.93 from and against defendant PHOENIX BUILDING CORP. ("Phoenix");

2) $22,087.25 from and against defendant ATLANTIC CONSTRUCTION GROUP (ACG), LLC ("ACG");

3) $35,890.05 from and against defendant PBC GROUP, LLC ("PBC");

4) $250,632.98 from and against defendant THOMAS D'IORIO ("T. D'Iorio");

5) $214,742.93 from and against defendant JAMES D'IORIO (" J. D'Iorio");

6) $186,342.37 from and against defendant THOMAS ATAMANOFF ("Atamanoff"); and

7) $250,632.98 from and against defendant ASSURED SOURCE PEO, LLC ("Assured").

**IT IS FURTHER ADJUDGED, DECREED AND ORDERED** that Defendants Phoenix, ACG, PBC, T. D'Iorio, J. D'Iorio, Atamanoff and Assured are jointly and severally liable to pay Plaintiff Payroll Funding attorney's fees in the amount of $17,973.88 incurred through December 31, 2011, in pursuing the collection of the monies owed as set forth above.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DURHAM JONES & PINEGAR
10785 W. Twain Ave., Ste. 200
Las Vegas, NV 89135
(702) 870-6060

LV_79241.1

**IT IS FURTHER ADJUDGED, DECREED AND ORDERED** that Judgment shall be entered in favor of Plaintiff Payroll Funding as set forth above.

DATED this __29__ day of __March__, 2012.

_____
Kent J. Dawson
United States District Judge

Submitted by:

DURHAM JONES & PINEGAR

_____
ERVEN T. NELSON
Nevada Bar No. 2332
10785 W. Twain Avenue, Suite 200
Las Vegas, NV  89135
Telephone: (702) 870-6060
Facsimile:  (702) 870-6090
*Attorneys for Plaintiff,*
*Payroll Funding Company, LLC*

LV_79241.1