1   ERVEN T. NELSON
    Nevada Bar No. 2332
2   BRADLEY S. SLIGHTING
    Nevada Bar No. 10225
3   DURHAM JONES & PINEGAR
    10785 West Twain Avenue, Suite 200
4   Las Vegas, NV 89135
    Telephone: (702) 870-6060
5   Facsimile: (702) 870-6090
    *Attorneys for Plaintiff,*
6   *Payroll Funding Company, LLC.*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  PAYROLL FUNDING COMPANY LLC, a          )  Case No.:  2:11-cv-00943-KJD-RJJ
    Nevada limited liability company,       )
11                                          )
                        Plaintiff,          )
12  vs.                                     )
                                            )
13  ATLANTIC CONSTRUCTION GROUP (ACG) )
    LLC, a Michigan limited liability company; )
14  ASSURED SOURCE, INC., a Delaware        )
    corporation; ASSURED SOURCE ASO, LLC, a )
15  Delaware limited liability company; ASSURED )
    SOURCE PEO, LLC, a Delaware limited liability )
16  company; PBC GROUP LLC, a New York      )
    limited liability company; PHOENIX BUILDING )
17  CORP., a New York corporation; JAMES A.  )
    D'IORIO, an Individual; THOMAS D'IORIO, an )
18  Individual; THOMAS ATAMANOFF, an        )
    Individual; and DOES I through X and ROE )
19  CORPORATIONS I through X, inclusive,    )
                                            )
20                      Defendants.         )
                                            )
21  ─────────────────────────────────────

22                         **JUDGMENT**

23      Plaintiff, PAYROLL FUNDING COMPANY, LLC ("Payroll Funding"), having filed its

24  Motion for Partial Summary Judgment (doc. #9) (the "Motion"), none of the Defendants having

25

26                              Page 1 of 3
    LV_79241.1

27

DURHAM
JONES &
PINEGAR
10785 W. Twain
Ave., Ste. 200
Las Vegas, NV
89135
(702) 870-6060

1 | filed an opposition thereto, the Court having issued its Order (doc. #13) granting the Motion,

2 | Plaintiff having filed its Notice of Entry of Order (doc. #14) , and good cause appearing,

3 |     **IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that Plaintiff Payroll

4 | Funding is entitled to be paid, and judgment shall be entered against Defendants, as follows:

5 |     1) $214,742.93 from and against defendant PHOENIX BUILDING CORP. ("Phoenix");

6 |     2) $22,087.25 from and against defendant ATLANTIC CONSTRUCTION GROUP

7 | (ACG), LLC ("ACG");

8 |     3) $35,890.05 from and against defendant PBC GROUP, LLC ("PBC");

9 |     4) $250,632.98 from and against defendant THOMAS D'IORIO ("T. D'Iorio");

10 |     5) $214,742.93 from and against defendant JAMES D'IORIO (" J. D'Iorio");

11 |     6) $186,342.37 from and against defendant THOMAS ATAMANOFF ("Atamanoff"); and

12 |     7) $250,632.98 from and against defendant ASSURED SOURCE PEO, LLC ("Assured").

13 |     **IT IS FURTHER ADJUDGED, DECREED AND ORDERED** that Defendants Phoenix,

14 | ACG, PBC, T. D'Iorio, J. D'Iorio, Atamanoff and Assured are jointly and severally liable to pay

15 | Plaintiff Payroll Funding attorney's fees in the amount of $17,973.88 incurred through December

16 | 31, 2011, in pursuing the collection of the monies owed as set forth above.

17 | /// 

18 | /// 

19 | /// 

20 | /// 

21 | /// 

22 | /// 

23 | /// 

24 | /// 

25 | /// 

26 | 

27 | 

DURHAM
JONES &
PINEGAR
10785 W. Twain
Ave., Ste. 200
Las Vegas, NV
89135
(702) 870-6060

LV_79241.1

1    **IT IS FURTHER ADJUDGED, DECREED AND ORDERED** that Judgment shall be

2    entered in favor of Plaintiff Payroll Funding as set forth above.

3         DATED this _____29_____ day of _____March_____, 2012.

4

5    _____
    Kent J. Dawson
    United States District Judge

6

7    Submitted by:

8    DURHAM JONES & PINEGAR

9

10   _____
  ERVEN T. NELSON
  Nevada Bar No. 2332
11   10785 W. Twain Avenue, Suite 200
  Las Vegas, NV  89135
12   Telephone: (702) 870-6060
  Facsimile: (702) 870-6090
13   *Attorneys for Plaintiff,*
  *Payroll Funding Company, LLC*

14

15

16

17

18

19

20

21

22

23

24

25

26   LV_79241.1

27

**DURHAM JONES & PINEGAR**
10785 W. Twain
Ave., Ste. 200
Las Vegas, NV
89135
(702) 870-6060